

# Fourth Court of Appeals
## San Antonio, Texas

February 24, 2020

No. 04-19-00231-CR

Patrick Thomas **CHILDERS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court, Kerr County, Texas
Trial Court No. A17313
Honorable N. Keith Williams, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
             Patricia O. Alvarez, Justice
             Beth Watkins, Justice

The panel has considered the appellant's motion for rehearing, and the motion is hereby DENIED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of February, 2020.

_Michael A. Cruz_
Michael A. Cruz,
Clerk of Court